| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREEN TREE SERVICING, LLC, a Delaware limited liability company, f/k/a CONSECO FINANCE SERVICING CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIA J. SHOEMAKER and All Occupants of the Premises located at 5348 Southeast Country Club Way, Port Orchard, Washington 98367,<br><br>        Defendants/Third-Party Plaintiff,<br><br>    v.<br><br>CRAIG L. JONES and LAWRENCE A. COSTICH, individually, and as agent for CONSECO FINANCE SERVICING CORPORATION f/k/a GREEN TREE FINANCIAL SERVICING CORPORATION, LAWRENCE COSS, et al.,<br><br>        Third-Party Defendants. | Case No. C05-5410RJB<br><br>ORDER RENOTING MOTION FOR REMAND AND MOTION TO DISMISS |

    This matter comes before the court on Green Tree Servicing, LLC's Motion for Remand. Dkt. 3. The court has considered the relevant documents and the remainder of the file herein.

    On June 13, 2005, defendant Maria Janet Moffit Shoemaker removed this civil case from Kitsap County Superior Court to the federal court. Dkt. 2. Ms. Shoemaker also filed a document captioned Libel of Review/Counterclaim in Admiralty, which the court has considered to be a counterclaim. Dkt. 1.

ORDER
Page - 1

On June 23, 2005, Green Tree Servicing, the plaintiff in the civil action initiated in Kitsap County under Kitsap County Cause No. 05-2-1142-6, filed a motion for remand, requesting (1) that the court remand this unlawful detainer action to state court because there is no diversity of citizenship, the amount in controversy does not exceed $75,000, and only the state court has jurisdiction, pursuant to RCW 59.12.010 et seq. over the issues in the unlawful detainer action; (2) award attorney's fees and reasonable expenses pursuant to 28 U.S.C. § 1447(c) and/or sanctions pursuant to Fed.R.Civ.P. 11; and (3) dismiss Ms. Shoemaker's third-party claim pursuant to Fed.R.Civ.P. 8 and Fed.R.Civ.P. 12(b)(6), and award sanctions pursuant to Fed.R.Civ.P. 11. Dkt. 3.

Green Tree's motion for remand was noted for July 8, 2005. *See* Dkt. 3. However, since Green Tree is requesting, at least in part, that Ms. Shoemaker's third-party claim be dismissed, the motion should be considered as a dispositive motion, properly noted for the fourth Friday after filing. *See* Local Rule CR 7(d)(3). Accordingly, the motion for remand should be noted for July 15, 2005.

Therefore, it is hereby

**ORDERED** that Green Tree Servicing, LLC's Motion for Remand (Dkt. 3) is **RENOTED** for consideration on the court's July 15, 2005 calendar. Ms. Shoemaker may file a response to the motion not later than July 11, 2005. Green Tree Servicing may file a reply by July 14, 2005.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 28th day of June, 2005.

Robert J. Bryan
U.S. District Judge

ORDER
Page - 2