UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREEN TREE SERVICING, LLC, a Delaware limited liability company, f/k/a CONSECO FINANCE SERVICING CORPORATION,<br><br>          Plaintiff,<br><br>          v.<br><br>MARIA J. SHOEMAKER and All Occupants of the Premises located at 5348 Southeast Country Club Way, Port Orchard, Washington 98367,<br><br>          Defendants/Third-Party Plaintiff,<br><br>         v.<br><br>CRAIG L. JONES and LAWRENCE A. COSTICH, individually, and as agent for CONSECO FINANCE SERVICING CORPORATION f/k/a GREEN TREE FINANCIAL SERVICING CORPORATION, LAWRENCE COSS, et al.,<br><br>          Third-Party Defendants. | Case No. C05-5410RJB<br><br>ORDER |

    This matter comes before the court on review of pleadings filed by Maria Janet Moffit Shoemaker. Dkt. 10. The court has considered the relevant documents and the remainder of the file herein.

ORDER
Page - 1

1    On July 15, 2005, the court issued an order remanding this case to the Superior Court of the State of Washington in and for Kitsap County. Dkt. 9. On July 20, 2005, documents Ms. Shoemaker had filed on July 7, 2005, were entered into the court record. Dkt. 10.

    This case has been remanded to the superior court. The documents plaintiff filed on July 7, 2005, are frivolous and are of no legal force or effect in the United States District Court.

    Therefore, it is hereby

    **ORDERED** that the court's order remanding this case to the superior court (Dkt. 9) is **AFFIRMED**, notwithstanding the documents plaintiff filed on July 7, 2005.

    The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address. The Clerk is further directed a copy of this order to the Clerk of the Superior Court of the State of Washington in and for Kitsap County.

    DATED this 25th day of July, 2005.

*[signature: Robert J. Bryan]*

Robert J. Bryan
United States District Judge